UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE TREJO,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Acting Warden,<br><br>    Respondent. | Case No. CV 13-1657-JVS(AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 3·15·14

James V. Selna
United States District Judge